**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **DARRYL VACHON,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 6:20-cv-00233-CEM-LRH ) |
| **AKAL SECURITY, INC., and METROPOLITAN SECURITY SERVICES, INC. D/B/A WALDEN SECURITY,** | ) ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT AKAL SECURITY, INC.'s CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant, AKAL SECURITY, INC., by and through its undersigned counsel and pursuant to this Court's Interested Persons Order for Civil Cases [D.E 4], discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

> **Akal Security, Inc. – Defendant**
>
> **Khalsa International Industries and Trade, Inc. – Defendant's parent company (privately held entity that owns 100% of Defendant's stock)**
>
> **Jackson Lewis P.C. – Attorneys for Defendant**
>
> **Dion Y. Kohler, Esq. – Counsel for Defendant**
>
> **Lin J. Wagner, Esq. – Counsel for Defendant**

**Darryl Vachon – Plaintiff**

**Smith Feddeler & Smith, P.A. – Attorneys for Plaintiff**

**Mark G. Capron, Esq. – counsel for Plaintiff**

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Defendant is unaware of any such entities.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**Defendant is unaware of any such entities.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**None not already identified in response to Item No. 1.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Respectfully submitted,

*/s/ Lin J. Wagner*
Lin J. Wagner
Florida Bar No. 0093138
JACKSON LEWIS P.C.
390 N. Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
E-Mail: Lin.Wagner@jacksonlewis.com

Dion Y. Kohler
Georgia Bar No. 427715
JACKSON LEWIS P.C.
171 17th Street, NW
Suite 1200
Atlanta, Georgia 30363
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
E-Mail: Dion.Kohler@jacksonlewis.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of February, 2020, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to: Mark G. Capron, Esq., Smith Feddeler & Smith, P.A., P.O. Drawer 1089, Lakeland, FL 33802.

*/s/ Lin J. Wagner*
Lin J. Wagner

4816-8382-0980, v. 1