**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DARRYL VACHON,

    Plaintiff,

v.

                             CASE NO: 6:20-cv-00233-CEM-LRH

AKAL SECURITY, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, DARRYL VACHON and Defendant, AKAL SECURITY, INC., by and through their respective undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims by Plaintiff against Defendant with all parties to bear their own fees and costs. Plaintiff acknowledges that Defendant denies any wrongdoing or liability with respect to the claims asserted by Plaintiff in this action.

Dated: 05/14/2020

MARK G. CAPRON, Esq.
SMITH, FEDDELER & SMITH, P.A.
Florida Bar No.: 00039748
832 S. Florida Avenue
Post Office Drawer 1089
Lakeland, Florida 33802
Telephone: (863) 688-7766
Facsimile: (863) 687-7258
Email: mcapron@all-injuries.com

Attorneys for Plaintiff, Darryl Vachon

LIN J. WAGNER, Esq.
JACKSON LEWIS, P.C.
FloridaBar No.: 0093138
390 North Orange Avenue
suite 1285
Orlando, Florida 32801
Telephone: (407) 246-8440
Facsimile: (407) 246-8441
Email: Lin.Wagner@jacksonlewis.com

Attorneys for Defendant, Akal Security, Inc.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DARRYL VACHON,

    Plaintiff,

v.

CASE NO: 6:20-cv-00233-CEM-LRH

AKAL SECURITY, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties:

It is hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice. The Clerk is directed to close this file.

                                                              CARLOS E. MENDOZA
                                                              UNITED STATES DISTRICT JUDGE

Copies Furnished to All Counsel of Record